**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-20248-CR-GAYLES**

**UNITED STATES OF AMERICA,**

v.

**OSCAR WILLIAMS, JR.,**

Defendant.
_____________________________________/

# VERDICT

1. We, the Jury, unanimously find the Defendant, **OSCAR WILLIAMS, JR.**, as to **Count 1** of the Superseding Indictment:

GUILTY ✓ NOT GUILTY ____

2. We, the Jury, unanimously find the Defendant, **OSCAR WILLIAMS, JR.**, as to **Count 2** of the Superseding Indictment:

GUILTY ✓ NOT GUILTY ____

3. We, the Jury, unanimously find the Defendant, **OSCAR WILLIAMS, JR.**, as to **Count 3** of the Superseding Indictment:

GUILTY ✓ NOT GUILTY ____

4. We, the Jury, unanimously find the Defendant, **OSCAR WILLIAMS, JR.**, as to **Count 4** of the Superseding Indictment:

GUILTY ✓ NOT GUILTY ____

5. We, the Jury, unanimously find the Defendant, **OSCAR WILLIAMS, JR.**, as to **Count 5** of the Superseding Indictment:

GUILTY ✓ NOT GUILTY ____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 14TH day of July, 2022.

Foreperson's Signature

Foreperson's Printed Name